UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

United States of America

v.

**ZOHRAB B. MARASHLIAN, et ano.**
*Defendant*

------------------------------------------------------------ x

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Case No. CR. No. 08-900

TO: Karen R. Hennigan
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
E-mail: karen.hennigan@usdoj.gov

Gustave H. Newman
Steven Y. Yurowitz
NEWMAN & GREENBERG
950 Third Avenue
New York, NY 10022
E-mail: gnewman@newmangreenberg.com
syurowitz@newmangreenberg.com

Burton T. Ryan, Jr.
United States Attorneys Office
610 Federal Plaza
Central Islip, NY 11722
Email: burton.ryan@usdoj.gov

Ira M. Feinberg
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Email: ira.feinberg@hoganlovells.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a partner in the firm of Castle & Associates and a member in *good* standing of the Bar of the State of California, as attorney pro hac vice to appear in this case as counsel for non-party witnesses associated with Tutor Perini Corporation and Tutor Perini Civil Construction, who may be called to testify at the trial. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Nomi L. Castle
Castle & Associates
8383 Wilshire Blvd., Suite 810
Beverly Hills, CA 90211-2425
ncastle@castlelawoffice.com
(310) 286-3400

Dated: January 14, 2011

Motion to Admit ProHacVice/16.7-21