UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

United States of America

v.

**ZOHRAB B. MARASHLIAN, et ano.**

*Defendant*

------------------------------------------------------------- x

AFFIDAVIT OF
NOMI L. CASTLE IN SUPPORT OF
MOTION TO ADMIT
COUNSEL PRO HAC VICE

Case No. CR. No. 08-900

State of New York  )
                   )  ss:
County of New York )

NOMI L. CASTLE, being duly sworn, hereby deposes and says as follows:

1. I am a partner of the law firm of Castle & Associates.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case for purposes of representing non-party witnesses associated with Tutor Perini Corporation and Tutor Perini Civil Construction, who may be called to testify at the trial.

Nomi L. Castle
Castle & Associates
8383 Wilshire Blvd., Suite 810
Beverly Hills, CA 90211-2425
ncastle@castlelawoffice.com
(310) 286-3400

Dated: 1/13, 2011

NOTARIZED

LISA S. CARRILLO
COMM. # 1751615
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires June 18, 2011

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of _California_ )

County of _Los Angeles_ )

On _Jan. 14th, 2011_ before me, _LISA S. Carrillo, Notary Public_
(here insert name and title of the officer)

personally appeared _Nomi L. Castle_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

[Seal: LISA S. CARRILLO, COMM. # 1751615, NOTARY PUBLIC – CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires June 18, 2011]

## ADDITIONAL OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

DESCRIPTION OF THE ATTACHED DOCUMENT

_Affidavit of Nomi L. Castle in_
(Title or description of attached document)
_Support of Motion to Admit_
(Title or description of attached document continued)

Number of Pages _2_ Document Date _1-14-2011_

_acknowledgment + Affidavit_
(Additional information)

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document.

CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☒ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 12, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NOMI CASTLE SMOLKER, #113636 was admitted to the practice of law in this state by the Supreme Court of California on June 13, 1984; that at her request, on March 17, 1987, her name was changed to NOMI L. CASTLE on the records of the State Bar of California; that she has been since that date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; that said public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records